John R. Till     SBN 178763  JTill@PaladinLaw.com
Kirk M. Tracy   SBN 288508  KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA  94595
(925) 947-5700

Counsel for Defendants Valley Chrome Plating, Inc.,
Commercial Electro Plating, Inc., and
Valley Metal Finishing, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>                              *Plaintiff*,<br><br>                    *v.*<br><br>3M COMPANY, *et al.*,<br><br>                              *Defendants.* | Case No. 1:25-CV-02057-FRS<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**L.R. 144**<br><br>**(Doc. 5)**<br><br>Action filed: November 3, 2025<br>Action removed: December 29, 2025 |

Plaintiff City of Fresno ("Plaintiff") and Defendants Valley Chrome Plating, Inc., Commercial Electro Plating, Inc., and Valley Metal Finishing, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request an order from the Court as follows:

WHEREAS, on or about November 3, 2025, Plaintiff initiated the above-entitled action by filing a complaint ("Complaint") against Defendants and other parties in the Superior Court of the State of California for the County of Fresno.  ECF No. 1-2;

WHEREAS, on or about December 29, 2025, defendant 3M Company filed a notice of removal, thereby removing this matter to the United Stated District Court for the Eastern District of California.  ECF No. 1;

WHEREAS, on or about December 30, 2025, the matter was directly assigned to Magistrate Judge Barbara A. McAuliffe;



STIPULATION AND ORDER FOR TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS Defendants were personally served summons and the Complaint on approximately December 5, 2025;

WHEREAS Defendants had not yet responded to the Complaint when 3M Company filed its notice of removal;

WHEREAS, the Parties now seek the Court's approval to stipulate that Defendants may have up to and including February 4, 2026, to file an answer or otherwise respond to the complaint. There have been no prior extensions of time for Defendants to respond to the Complaint;

WHEREAS, Defendants seek this extension because this matter involves complex questions of fact and law, including forty-five named defendants and allegations of environmental contamination caused by decades of various historical manufacturing or other operations, and Defendants need additional time to evaluate whether to file a motion to dismiss under Rule 12, counterclaims, cross-claims, or third-party claims; and

WHEREAS, the requested extension of time to respond to the Complaint is greater than 28 days and therefore must be approved by the Court pursuant to Local Rule 144(a);

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [~~PROPOSE~~D] ORDER FOR TO EXTEND TIME TO RESPOND TO COMPLAINT

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties (and subject to the Court's approval) as follows:

1.  Defendants shall respond to the Complaint on or before February 4, 2026.

IT IS SO STIPULATED.

DATED: January 6, 2026          PALADIN LAW GROUP® LLP

                               By:  */s/ Kirk M. Tracy*
                               John R. Till
                               Kirk M. Tracy
                               Counsel for Defendants Valley Chrome Plating, Inc.,
                               Commercial Electro Plating, Inc., and Valley Metal
                               Finishing, Inc.


DATED: January 6, 2026          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                               By:  */s/ Justin Massey*  (as authorized on January 6, 2026)
                               Justin Massey
                               Michael Axline
                               Daniel Boone
                               Brandon Moore
                               Attorneys for Plaintiff City of Fresno



STIPULATION AND [~~PROPOSED~~] ORDER FOR TO EXTEND TIME TO RESPOND TO COMPLAINT

## **ORDER**

Based upon the joint stipulation, (Doc. 5), between Plaintiff City of Fresno ("Plaintiff") and Defendants Valley Chrome Plating, Inc., Commercial Electro Plating, Inc., and Valley Metal Finishing, Inc. ("Defendants"), and good cause having been shown (Fed. R. Civ. P. 16(b)(4)), it is ORDERED that Defendants Valley Chrome Plating, Inc., Commercial Electro Plating, Inc., and Valley Metal Finishing, Inc. shall respond to the Complaint on or before **February 4, 2026**.

IT IS SO ORDERED.

Dated:  **January 12, 2026**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE



STIPULATION AND [~~PROPOSE~~D] ORDER FOR TO EXTEND TIME TO RESPOND TO COMPLAINT