John R. Till    SBN 178763  JTill@PaladinLaw.com
Kirk M. Tracy   SBN 288508  KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA  94595
(925) 947-5700

Counsel for Defendant New Age Metal Finishing, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>                          *Plaintiff*,<br><br>                          *v.*<br><br>3M COMPANY, *et al.*,<br><br>                          *Defendants.* | Case No. 1:25-CV-02057-FRS (SKO)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**L.R. 144**<br><br>(Doc. 13)<br><br>Action filed: November 3, 2025<br>Action removed: December 29, 2025 |

Plaintiff City of Fresno ("Plaintiff") and Defendant New Age Metal Finishing, LLC ("NAMF") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request an order from the Court as follows:

WHEREAS, on or about November 3, 2025, Plaintiff initiated the above-entitled action by filing a complaint ("Complaint") against NAMF and other parties in the Superior Court of the State of California for the County of Fresno.  ECF No. 1-2;

WHEREAS NAMF was served summons and the Complaint by substituted service and mailing on December 5, 2025, which service was deemed complete on the 10th day after the mailing pursuant to California Code of Civil Procedure § 415.20(a);

WHEREAS, on or about December 29, 2025, defendant 3M Company filed a notice of removal, thereby removing this matter to the United Stated District Court for the Eastern District of California.  ECF No. 1;

WHEREAS NAMF's counsel requested the proof of service of summons on NAMF on December 31, 2025, which was provided to NAMF's counsel on January 9, 2026;

WHEREAS NAMF had been served, but had not yet responded to the Complaint when 3M Company filed its notice of removal;

WHEREAS, the Parties now seek the Court's approval to stipulate that NAMF may have up to and including February 4, 2026, to file an answer or otherwise respond to the complaint. There have been no prior extensions of time for NAMF to respond to the Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court.

WHEREAS, NAMF seeks this extension because this matter involves complex questions of fact and law, including forty-five named defendants and allegations of environmental contamination caused by decades of various historical manufacturing or other operations, and NAMF needs additional time to evaluate whether to file a motion to dismiss under Rule 12, counterclaims, cross-claims, or third-party claims; and

WHEREAS, the requested extension of time to respond to the Complaint is greater than 28 days and therefore must be approved by the Court pursuant to Local Rule 144(a);

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties (and subject to the Court's approval) as follows:

1. NAMF shall respond to the Complaint on or before February 4, 2026.

IT IS SO STIPULATED.

DATED: January 12, 2026          PALADIN LAW GROUP® LLP

By:  */s/ Kirk M. Tracy*
John R. Till
Kirk M. Tracy
Counsel for Defendant New Age Metal Finishing, LLC

DATED: January 12, 2026          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By:  */s/ Justin Massey*  (as authorized on January 12, 2026)
Justin Massey
Michael Axline
Daniel Boone
Brandon Moore
Attorneys for Plaintiff City of Fresno

**ORDER**

Based upon the foregoing joint stipulation between Plaintiff City of Fresno ("Plaintiff"), and Defendant New Age Metal Finishing, LLC ("Defendant"), (Doc. 13), and good cause having been shown (Fed. R. Civ. P. 16(b)(4)), it is ORDERED that Defendant New Age Metal Finishing, LLC shall respond to the Complaint on or before **February 4, 2026**.

IT IS SO ORDERED.

Dated:    **January 13, 2026**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT