Matthew E. Lewitz (SBN 325379)
 *mlewitz@cozen.com*
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Defendant
MacDermid Enthone Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>                    Plaintiff,<br><br>        v.<br><br>3M COMPANY, et al.,<br><br>                    Defendants. | Case No.  1:25-cv-02057-FRS (SKO)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**PURSUANT TO LOCAL RULE 144**<br><br>(Doc. 14)<br><br>State Court Action Filed: November 3, 2025<br>Action Removed: December 29, 2025 |

Plaintiff City of Fresno ("Plaintiff") and Defendant MacDermid Enthone Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and request an order from the Court as follows:

WHEREAS, on or about November 3, 2025, Plaintiff initiated the above-entitled action by filing a complaint ("Complaint") against Defendant and other parties in the Superior Court of the State of California, County of Fresno (Dkt. No. 1-2);

WHEREAS, Defendant was served with the Summons and Complaint on December 8, 2025;

WHEREAS, on or about December 29, 2025, Defendant 3M Company filed a notice of removal, thereby removing this matter to the United States District Court for the Eastern District of California (Dkt No. 1);

1

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, Defendant had not yet responded to the Complaint when 3M Company filed its notice of removal;

WHEREAS, the current deadline for Defendant to answer or otherwise respond to the Complaint was on or around January 5, 2026;

WHEREAS, counsel for Defendant requested a 30-day extension of time to respond to Plaintiff's Complaint under Local Rule 144(a), making Defendant's response to the Complaint due on or before February 4, 2026;

WHEREAS, this is Defendant's first request for an extension of its deadline to move, answer, or otherwise respond to the Complaint; and

WHEREAS, the requested extension will not alter the date of any event or deadline already set by the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that Defendant's deadline to move, answer, or otherwise respond to the Complaint shall be extended up to and including February 4, 2026.

**IT IS SO STIPULATED.**

Dated:  January 12, 2026                      COZEN O'CONNOR

                                             By: */s/ Matthew E. Lewitz*
                                                 Matthew E. Lewitz
                                                 Attorneys for Defendant
                                                 MacDermid Enthone Inc.

Dated:  January 12, 2026                      MILLER & AXLINE

                                             By: */s/ Justin Massey* (as authorized on January 12, 2026)
                                                 Justin Massey
                                                 Attorneys for Plaintiff
                                                 City of Fresno

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

**ORDER**

Based upon the foregoing joint stipulation between Plaintiff City of Fresno ("Plaintiff"), and Defendant MacDermid Enthone Inc. ("Defendant"), (Doc. 14), and good cause having been shown (Fed. R. Civ. P. 16(b)(4)), it is ORDERED that Defendant MacDermid Enthone Inc. shall respond to the Complaint on or before **February 4, 2026**.

IT IS SO ORDERED.

Dated:   **January 13, 2026**                    /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

3
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT