# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, | Case No. 1:25-cv-02057-FRS (SKO) |
| Plaintiff, | **ORDER GRANTING DEFENDANT 3M COMPANY'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO STAY** |
| v. | |
| 3M COMPANY, et al., | (Doc. 16) |
| Defendants. | |
| _____/ | |

Before the Court is Defendant 3M Company's ex parte application for an order shortening time on their motion to stay, filed January 13, 2026.  (Doc. 16.)  For good cause shown (*see* E.D. Cal. Local Rule 144(e)) and in the interest of litigation economy and judicial efficiency, the Court GRANTS Defendant's ex parte application, and sets the following briefing schedule for the motion to stay (Doc. 16-1):

1.  Any opposition, or statement of non-opposition, is due by no later than **January 20, 2026**; and

2.  Defendant 3M Company may file an optional reply by no later than **January 23, 2026**.

The Court will then take the matter under submission without oral argument pursuant to E.D. Cal. Local Rule 230(g).

IT IS SO ORDERED.

Dated:   **January 13, 2026**                     /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE